No. 269.  BRADY, ADMINISTRATRIX, *v.* ROOSEVELT STEAMSHIP Co., INC.  October 12, 1942.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second

Circuit granted. *Mr. Simone N. Gazan* for petitioner. *Messrs. Raymond Parmer* and *Vernon Sims Jones* for respondent.